**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| **HDI GLOBAL SE,** | : | **1:25-cv-07154 (ALC)** |
| Plaintiff | : | |
| | : | **ORDER OF DISCONTINUANCE** |
| -against- | : | |
| | : | |
| **FLEXPORT INTERNATIONAL LLC,** | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

**Dated:**   December 18, 2025

         New York, New York                    **ANDREW L. CARTER, JR.**
                                               **United States District Judge**